IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO.: _____

TAYLOR PARLIER,

            Plaintiff,

vs.

BURKE COUNTY BOARD OF EDUCATION, BURKE COUNTY PUBLIC SCHOOLS, SUPERINTENDENT MIKE SWAN, HR DIRECTOR KEITH RECKER, DIRECTOR OF MAINTENANCE BOB ACORD, FORMER DIRECTOR OF CUSTODIAL OPERATIONS MARK WHEELER & PRINCIPAL LEANNA MCKINNEY,

            Defendants.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(C) (FEDERAL QUESTION)**

TO THE CLERK OF COURT:

    PLEASE TAKE NOTICE that the defendants hereby remove to this Court the state court action described below:

1. On June 20, 2025 an action was commenced by the pro se plaintiff filing as an indigent in the Superior Court of Burke County, North Carolina, entitled *Taylor Parlier v. Burke County Board of Education, Burke County Public Schools, Superintendent Mike Swan, HR Director Keith Recker, Director of Maintenance Bob Acord, Former Director of Custodial Operations Mark Wheeler, and Principal Leanna McKinney,* case number 25-CVS-959. A copy of which is attached hereto as Exhibit A.

2. Defendants were served with summonses on July 7, 2025. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed.

3. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(c) in that it arises under the Constitution and laws of the United States, specifically a procedural due process claim under the Fourteenth Amendment to the U.S. Constitution.

4. All defendants who have been served with the summons and Complaint have joined in the notice of removal.

This the 6th day of August 2025.

Pope, Aylward, Sweeney & Santaniello, LLP

s/ Andrew J. Santaniello
Andrew J. Santaniello
N.C. Bar No.: 23532
6701 Carmel Rd., Suite 105
Charlotte, North Carolina 28226
Phone: (704) 374-1600
Fax: (704) 759-8966
Email: andys@passlawyers.com
Attorney for Defendants

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing pleading was served upon the following parties on the 6th day of August 2025, via:

|   |   |
|---|---|
| X | United States Postal Service |
|   | Facsimile |
| X | Electronic Mail |
|   | Hand Delivery |
|   | E-Filing |

Taylor Parlier
2011 1st St. SW
Hickory, NC 28602
Email: taylorparlier93@gmail.com

                                          s/ Andrew J. Santaniello
                                          Andrew J. Santaniello
                                          Pope, Aylward, Sweeney & Santaniello, LLP
                                          N.C. Bar No.:  23532
                                          6701 Carmel Rd., Suite 105
                                          Charlotte, North Carolina 28226
                                          Phone:   (704) 374-1600
                                          Fax:     (704) 759-8966
                                          Email:   andys@passlawyers.com
                                          Attorney for Defendants