IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO.: 1:25-cv-00247-MR-WCM

| | |
|---|---|
| TAYLOR PARLIER,<br><br>    Plaintiff,<br><br>vs.<br><br>BURKE COUNTY BOARD OF EDUCATION, BURKE COUNTY PUBLIC SCHOOLS, SUPERINTENDENT MIKE SWAN, HR DIRECTOR KEITH RECKER, DIRECTOR OF MAINTENANCE BOB ACORD, FORMER DIRECTOR OF CUSTODIAL OPERATIONS MARK WHEELER & PRINCIPAL LEANNA MCKINNEY,<br><br>    Defendants. | **DEFENDANTS' MOTION TO DISMISS** |

NOW COME Defendants, by and through the undersigned counsel, pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, lack of personal jurisdiction and failure to state a claim for which relief can be granted and respectfully move to dismiss this action, in its entirety against all defendants.

This the 6th day of August 2025.

                Pope, Aylward, Sweeney & Santaniello, LLP

                s/ Andrew J. Santaniello
                Andrew J. Santaniello
                N.C. Bar No.: 23532

6701 Carmel Rd., Suite 105
Charlotte, North Carolina 28226
Phone: (704) 374-1600
Fax: (704) 759-8966
Email: andys@passlawyers.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing pleading was served upon the following parties on the 6th day of August 2025, via:

|   |                            |
|---|----------------------------|
| X | United States Postal Service |
|   | Facsimile                  |
| X | Electronic Mail            |
|   | Hand Delivery              |
|   | E-Filing                   |

Taylor Parlier
2011 1st St. SW
Hickory, NC 28602
Email: taylorparlier93@gmail.com

                                              s/ Andrew J. Santaniello
                                              Andrew J. Santaniello
                                              Pope, Aylward, Sweeney & Santaniello, LLP
                                              N.C. Bar No.: 23532
                                              6701 Carmel Rd., Suite 105
                                              Charlotte, North Carolina 28226
                                              Phone: (704) 374-1600
                                              Fax: (704) 759-8966
                                              Email: andys@passlawyers.com
                                              Attorney for Defendants