THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:25-cv-00247-MR-WCM

| | |
|---|---|
| TAYLOR PARLIER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BURKE COUNTY BOARD OF )<br>EDUCATION; BURKE COUNTY )<br>PUBLIC SCHOOLS; )<br>SUPERINTENDENT MIKE SWAN; )<br>HR DIRECTOR KEITH RECKER; )<br>DIRECTOR OF MAINTENANCE )<br>BOB ACORD; FORMER DIRECTOR )<br>OF CUSTODIAL OPERATIONS MARK )<br>WHEELER; and PRINCIPAL )<br>LEANNA MCKINNEY, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 2] and the Magistrate Judge's Memorandum and Recommendation [Doc. 5] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On December 11, 2025, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be granted with respect to the federal law claim, and that the Court decline to exercise supplemental jurisdiction over the state law claims. [Doc. 5 at 9]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 10]. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and consistent with current case law. Accordingly, the Court accepts the Magistrate Judge's recommendation that the Motion to Dismiss be granted.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 5] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. 2] is **GRANTED**, and the Plaintiff's federal claim is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims, and such claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 27, 2026

Martin Reidinger
Chief United States District Judge